IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **KHABIR DANIEL,** | : | |
| **Plaintiff** | : | |
| | : | NO. 5:25-CV-00201-TES-CHW |
| VS. | : | |
| **Warden CHARLES MIMS,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

*Pro se* Plaintiff Khabir Daniel, a prisoner at Wilcox State Prison in Abbeville, Georgia, filed a 42 U.S.C. § 1983 civil rights claim. ECF No. 1. Plaintiff also requested leave to proceed *in forma pauperis*. ECF No. 3. Plaintiff's motion to proceed *in forma pauperis* was granted with the statutory provision that he pay an initial partial filing fee of $50.33. ECF No. 8. Plaintiff was further ordered to recast his complaint and was provided instructions on how to do so. *Id*. Plaintiff has not paid the fee nor filed his recast complaint. Instead, Plaintiff has filed a "notice of dismissal" in which he requests that this civil action be dismissed "[p]ursuant to Rule 41 FRCP". ECF No. 10.

Rule 41 of the Federal Rules of Civil Procedure provides that a "…plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion to summary judgment, or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Because no defendant has been served in the case, leave of court is not

required to dismiss this action, and Plaintiff is automatically entitled to voluntary dismissal.

Accordingly, Plaintiff's request to dismiss this civil action (ECF No. 10) is **GRANTED**, and this case is **DISMISSED without prejudice.**

**SO ORDERED**, this 4th day of August, 2025.

S/ Tilman E. Self, III<br>
**TILMAN E. SELF, III, JUDGE**<br>
**UNITED STATES DISTRICT COURT**