IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KHABIR DANIEL, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00201-TES-CHW |
| | * |
| WARDEN CHARLES MIMS, | |
| | * |
| Defendants. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated August 4, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 4th day of August, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk